*Law Office of Robert Osuna, PC*
*11 Park Place, Suite 1100*
*New York, New York 10007*
*212-233-1033*
*robertosunapc@yahoo.com*

January 17, 2024

Via ECF

Hon. Katherine Polk Failla
U.S. District Judge
Southern District of New York
40 Foley Square
New York, NY 10007



**Re:**  **United States v. Severino, 23-cr-450 (KPF)**
**Request for Return of Passport**

Dear Judge Polk Failla,

My office represents Mr. Severino in the above proceedings.

He was sentenced on January 5, 2024, to time served and two years supervised release.

His passport is being held by Pre-Trial services pending approval from the Court to return to Mr. Severino, otherwise it will be returned to the Department of Homeland Security.

Thus, we ask that Your Honor approve of this request and allow Mr. Severino to obtain his passport.

Thank you for your time and attention to this matter.

Sincerely,

/s/

Law Office of Robert Osuna, PC
By:    Robert Osuna, Esq.

```
Application GRANTED.  The Court approves the return of Mr. Severino's
passport.

The Clerk of the Court is directed to terminate the pending motion at
docket number 17.
                                            SO ORDERED.

Dated:     January 18, 2024
           New York, New York

                                            HON. KATHERINE POLK FAILLA
                                            UNITED STATES DISTRICT JUDGE
```